UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas G. Mitchell, Esq.
1812 Front Street
Scotch Plains, NJ 07076
Tel. 908-469-0347 Fax. 908-462-9033
douglas@lawyermitchell.com
Attorney for Debtor(s)

Order Filed on November 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michelle Starks

Case No.:   17-25804 (RG)

Chapter:    13

Judge:      Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Douglas G. Mitchell, Esq._____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____900.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____NA_____ per month for \_\_\_\_\_NA\_\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*