Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−25804−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Starks
   285 Shepherd Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1669

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/22/18 and a confirmation hearing on such Plan has been scheduled for 3/7/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 12/19/18 and a confirmation hearing on the Modified Plan is scheduled for 1/16/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 21, 2018
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-25804-RG
Michelle Starks                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 2              Date Rcvd: Dec 21, 2018
                       Form ID: 186              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
db         +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416
516982835  +AA Action Collection,    29 Columbia Turnpike,    Suite 303,    Florham Park, NJ 07932-2240
516982837  +American Web Loan,    2128 N.14th Street,    Suite 1 #130,    Ponca City, OK 74601-1831
516982838  +Atlantic Home Care and Hospice,    33 Bleeker Street,    Millburn, NJ 07041-1459
516982840  +Chase Auto Finance,    National Bankruptcy Dept,    Po Box 29506,    Phoenix, AZ 85038-9506
516982841   Essex Register of Deeds,    465 Dr. MLK Blvd,    Newark, NJ 07102
516982843  +Liberty Savings FCU,    666 Newark Avenue,    Jersey City, NJ 07306-2398
516982848  +Porania LLC,    c/o Biltmore Asset Mgt,    24500 Center Ridge Rd,    Ste 472,
             Westlake, OH 44145-5605
516982849  +Radiant Cash c/o Cash Reserves, LLC,    1 East Liberty, 6th Floor,    Reno, NV 89501-2154
516982850   Superior Court NJ Essex Special Civil,    465 Dr. MLK Blvd,    Newark, NJ 07102
516982851  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,    4 Gatehall Drive,    Ste 350,
             Parsippany, NJ 07054)
517159119  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06     U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516982839  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 01:13:41      Capital One,
             Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
516982842  +E-mail/Text: cio.bncmail@irs.gov Dec 22 2018 01:07:12     Internal Revenue Service,
             Centralized Insolvency Operation,   PO Box 7346,    Philadelphia, PA 19101-7346
517386771  +E-mail/Text: bk.notifications@jpmchase.com Dec 22 2018 01:07:46      JPMorgan Chase Bank, N.A.,
             PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517236110   E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2018 01:14:28
             LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
             Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
517248358  +E-mail/Text: bankruptcy@midwestloanservices.com Dec 22 2018 01:07:48
             Liberty Savings Federal Credit Union,   c/o Midwest Loan Services,
             616 Sheldon Avenue, Suite 300,    P.O. Box 144,   Houghton, MI 49931-0144
516982844  +E-mail/Text: BNC@magtrustee.com Dec 22 2018 01:09:14     Marie Ann Greenberg,
             Chapter 13 Standing Trustee,    30 Two Bridges Road,    Suite 330,   Fairfield, NJ 07004-1550
516982845  +E-mail/Text: bankruptcydpt@mcmcg.com Dec 22 2018 01:08:02      Midland Funding, LLC,
             8875Aero Drive,    Suite 200,   San Diego, CA 92123-2255
516982846  +E-mail/Text: bankruptcy@midwestloanservices.com Dec 22 2018 01:07:48      Midwest Loan Services,
             616 Shelden Avenue,    Suite 300,   Houghton, MI 49931-1841
516982847  +E-mail/PDF: cbp@onemainfinancial.com Dec 22 2018 01:13:27      OneMain Financial,
             6801 Colwell Blvd,    C/S Care Dept,   Irving, TX 75039-3198
517185148   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 01:14:21
             Portfolio Recovery Associates, LLC,   c/o Onemain Financial,    Issuance Trust 2015-3,
             POB 41067,    Norfolk VA 23541
517185147   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 01:13:14
             Portfolio Recovery Associates, LLC,   c/o Onemain Financial Issuance Trust 201,    POB 41067,
             Norfolk VA 23541
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516982836   ##+ACB Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2              User: admin                 Page 2 of 2                   Date Rcvd: Dec 21, 2018
                                  Form ID: 186                Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union
               njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Michelle    Starks douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
               Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
              Marie-Ann    Greenberg     magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```