UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Michelle Starks,

Debtor.



Order Filed on January 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-25804 RG

Adv. No.:

Hearing Date: 11/7/18 @ 10:30 a.m.

Judge: Rosemary Gambardella

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 2, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Michelle Starks
Case No:  17-25804 RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2012 TOYOTA VENZA, VIN: 4T3ZA3BB2CU057997, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Douglas G. Mitchell, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the entire balance due under the terms of the Note will be paid through Debtors' Chapter 13 plan, as modified on November 26, 2018; and

      It is further **ORDERED, ADJUDGED and DECREED** that the total amount to be paid shall be the principal of $5,626.23 plus 6.25% interest over the remaining 48 months of the plan for a total of $6,373.34; and

      It is further **ORDERED, ADJUDGED and DECREED** that in the event the modified plan is not confirmed or the plan is further modified to alter the treatment of Secured Creditor's claim, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating same, and Debtors shall have fourteen days to respond;

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure, regular or trustee payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25804-RG
Michelle Starks                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 02, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
db             +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union
               njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Michelle  Starks douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
               Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9