| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 22, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>  MICHELLE STARKS | Case No.:  17-25804<br><br>Judge:  ROSEMARY GAMBARDELLA |

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 22, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  17-25804RG

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of AA ACTION COLLECTION, Court Claim Number 6, be reduced to amount of $0 .

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle Starks  
      Debtor

Case No. 17-25804-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 23, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.  
db        +Michelle Starks,   285 Shepherd Avenue,    East Orange, NJ 07018-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:

       Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union  
         NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union  
         njecfmail@mwc-law.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Douglas G. Mitchell    on behalf of Debtor Michelle  Starks douglas@lawyermitchell.com, g18162@notify.cincompass.com  
       Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union  
         Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union  
         nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 9