UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-25804 |
| Michelle Starks | Chapter: | 13 |
| | Judge: | Gambardella |

### NOTICE OF PROPOSED PRIVATE SALE

_____Michelle Satrks_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: US Bankruptcy Clerk
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __October 16, 2019__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __3E__, __50 Walnut Street, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1 Family Home 285 Shepherd Avenue, East Orange, New Jersey

Proposed Purchaser: Patrick Sydney

Sale price: $210,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Krystle Morrissette
Amount to be paid: $5,425.00
Services rendered: listing, negotiation and sale of home

Case 17-25804-RG    Doc 86    Filed 09/26/19    Entered 09/27/19 00:29:09    Desc Imaged
Certificate of Notice    Page 2 of 4

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Douglas G. Mitchell, Esq.

Address: 2040 Millburn Ave. Ste 305 Maplewood, NJ 07040

Telephone No.: 908.469.0347

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-25804-RG
Michelle Starks                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2              Date Rcvd: Sep 24, 2019
                                Form ID: pdf905          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
```
db           +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416
516982835    +AA Action Collection,    29 Columbia Turnpkie,    Suite 303,    Florham Park, NJ 07932-2240
516982837    +American Web Loan,    2128 N.14th Street,    Suite 1 #130,    Ponca City, OK 74601-1831
516982838    +Atlantic Home Care and Hospice,    33 Bleeker Street,    Millburn, NJ 07041-1459
516982840    +Chase Auto Finance,    National Bankruptcy Dept,    Po Box 29506,    Phoenix, AZ 85038-9506
516982841     Essex Register of Deeds,    465 Dr. MLK Blvd,    Newark, NJ 07102
516982843    +Liberty Savings FCU,    666 Newark Avenue,    Jersey City, NJ 07306-2398
516982848    +Porania LLC,    c/o Biltmore Asset Mgt,    24500 Center Ridge Rd,    Ste 472,
               Westlake, OH 44145-5605
516982849    +Radiant Cash c/o Cash Reserves, LLC,    1 East Liberty, 6th Floor,    Reno, NV 89501-2154
516982850     Superior Court NJ Essex Special Civil,    465 Dr. MLK Blvd,    Newark, NJ 07102
516982851    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    4 Gatehall Drive,    Ste 350,
               Parsippany, NJ 07054)
517159119    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 23:48:39      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 23:48:36       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516982839    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 23:57:47      Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516982842    +E-mail/Text: cio.bncmail@irs.gov Sep 24 2019 23:47:58      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517386771    +E-mail/Text: bk.notifications@jpmchase.com Sep 24 2019 23:48:25      JPMorgan Chase Bank, N.A.,
               PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517236110     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2019 23:57:01
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517248358    +E-mail/Text: bankruptcy@midwestloanservices.com Sep 24 2019 23:48:26
               Liberty Savings Federal Credit Union,    c/o Midwest Loan Services,
               616 Sheldon Avenue, Suite 300,    P.O. Box 144,    Houghton, MI 49931-0144
516982844    +E-mail/Text: BNC@magtrustee.com Sep 24 2019 23:49:20      Marie Ann Greenberg,
               Chapter 13 Standing Trustee,    30 Two Bridges Road,    Suite 330,    Fairfield, NJ 07004-1550
516982845    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 23:48:36      Midland Funding, LLC,
               8875Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516982846    +E-mail/Text: bankruptcy@midwestloanservices.com Sep 24 2019 23:48:26      Midwest Loan Services,
               616 Shelden Avenue,    Suite 300,    Houghton, MI 49931-1841
516982847    +E-mail/PDF: cbp@onemainfinancial.com Sep 24 2019 23:56:48      OneMain Financial,
               6801 Colwell Blvd,    C/S Care Dept,    Irving, TX 75039-3198
517185148     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 23:57:51
               Portfolio Recovery Associates, LLC,    c/o Onemain Financial,    Issuance Trust 2015-3,
               POB 41067,    Norfolk VA 23541
517185147     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2019 00:14:50
               Portfolio Recovery Associates, LLC,    c/o Onemain Financial Issuance Trust 201,    POB 41067,
               Norfolk VA 23541
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516982836    ##+ACB Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Sep 24, 2019
                               Form ID: pdf905             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union
               njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Michelle    Starks douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
               Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```