Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25804−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michelle Starks
  285 Shepherd Avenue
  East Orange, NJ 07018

Social Security No.:
  xxx−xx−1669

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/24/19 at 10:00 AM

to consider and act upon the following:

84 – Motion to Sell 285 Shepherd Avenue, E. Orange NJ 1 family home Filed by Douglas G. Mitchell on behalf of Michelle Starks. Hearing scheduled for 10/16/2019 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit 1 Appraisal # 3 Exhibit 2 Contract of Sale with Riders # 4 Proposed Order) (Mitchell, Douglas)

92 – Application For Retention of Professional Krystle Morrisette as Realtor Filed by Douglas G. Mitchell on behalf of Michelle Starks. Objection deadline is 10/28/2019. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (Mitchell, Douglas)

93 – Application to Shorten Time (related document:84 Motion to Sell 285 Shepherd Avenue, E. Orange NJ 1 family home filed by Debtor Michelle Starks, 92 Application For Retention of Professional Krystle Morrisette as Realtor filed by Debtor Michelle Starks) Filed by Douglas G. Mitchell on behalf of Michelle Starks. (Attachments: # 1 Proposed Order) (Mitchell, Douglas)

Dated: 10/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court