UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MITCHELL LAW OFFICES
By: Douglas G. Mitchell, Esq.
NJ ID # 002192006
2040 Millburn Ave. Ste. 305
Maplewood, New Jersey 07040
Tel. (908) 469.0347 Fax. (908)462.9033
E-mail: info@lawyermitchell.com
Attorney(s) for Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 24 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

In Re:

MICHELLE STARKS

Case No.: 17-25804

Hearing Date: OCTOBER 24, 2019

Chapter: 13

Judge: GAMBARDELLA

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

10-24-19

After review of the Debtor's motion for authorization to sell the real property commonly known as _____285 SHEPHERD AVENUE EAST ORANGE NJ_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. **X**. In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) ~~may be paid at closing.~~ funds to be held in escrow pending further order for both closing attorney and realtor.

| | |
|---|---|
| Name of professional: | Krystle Morrissette, Broker |
| Amount to be paid: | 6% of sale proceeds |
| Services rendered: | Listing, negotiation and sale of real estate |

OR: ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court. The closing attorney must be retained by further order of the Court,

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __22,975.00__ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case. at 100% of all remaining claims.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ~~☒~~ *remove* The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

Liens on real property to be paid at closing directly from proceeds. This includes secured claim # 4 Liberty FCU first mortgage on 285 Shepherd Avenue, East Orange, NJ. Claim 4 will be paid in full at closing and lien discharged accordingly. Any other liens not mentioned will be paid at closing to complete sale. All other allowed claims to be paid by Chapter 13 Trustee from sale proceeds.

Rule 6004(h) is hereby waived,

*rev.8/1/15*

3