# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25804−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Starks
   285 Shepherd Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1669

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/24/19 at 10:00 AM

to consider and act upon the following:

*84* − Motion to Sell 285 Shepherd Avenue, E. Orange NJ 1 family home Filed by Douglas G. Mitchell on behalf of Michelle Starks. Hearing scheduled for 10/16/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit 1 Appraisal # 3 Exhibit 2 Contract of Sale with Riders # 4 Proposed Order) (Mitchell, Douglas)

*92* − Application For Retention of Professional Krystle Morrisette as Realtor Filed by Douglas G. Mitchell on behalf of Michelle Starks. Objection deadline is 10/28/2019. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (Mitchell, Douglas)

*93* − Application to Shorten Time (related document:84 Motion to Sell 285 Shepherd Avenue, E. Orange NJ 1 family home filed by Debtor Michelle Starks, 92 Application For Retention of Professional Krystle Morrisette as Realtor filed by Debtor Michelle Starks) Filed by Douglas G. Mitchell on behalf of Michelle Starks. (Attachments: # 1 Proposed Order) (Mitchell, Douglas)

Dated: 10/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25804-RG
Michelle Starks                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 22, 2019
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
db         +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
       NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union
       njecfmail@mwc-law.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Douglas G. Mitchell    on behalf of Debtor Michelle  Starks douglas@lawyermitchell.com, g18162@notify.cincompass.com
      Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
       Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
       nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 9