UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas G. Mitchell, Esq.
Attorney for Debtor
2040 Millburn Avenue Suite 305
Maplewood, New Jersey 07040
Tel 973.761.3000 Fax 973.761.3655
E-mail - info@lawyermitchell.com

Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHELLE STARKS

Case No.:  17-25804

Chapter:  13

Judge:  Gambardella

# ORDER AUTHORIZING RETENTION OF

## REALTOR

The relief set forth on the following page is **ORDERED**.

**DATED: October 29, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Krystle Morrissette / Option 1 Realty LLC
as _____realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Option 1 Realty Group, LLC
   456 Washington Street
   Newarl, NJ 07102

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*