UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas G. Mitchell, Esq.
Attorney for Debtor
2040 Millburn Avenue Suite 305
Maplewood, New Jersey 07040
Tel 973.761.3000 Fax 973.761.3655
E-mail - info@lawyermitchell.com

Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHELLE STARKS

Case No.:     17-25804

Chapter:     13

Judge:     Gambardella

## ORDER AUTHORIZING RETENTION OF

## REALTOR

The relief set forth on the following page is **ORDERED**.

**DATED: October 29, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Krystle Morrissette / Option 1 Realty LLC
as _____realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Option 1 Realty Group, LLC
   456 Washington Street
   Newarl, NJ 07102

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle Starks  
       Debtor

Case No. 17-25804-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 29, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db        +Michelle Starks,   285 Shepherd Avenue,   East Orange, NJ 07018-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union  
          NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union  
          njecfmail@mwc-law.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas G. Mitchell    on behalf of Debtor Michelle    Starks douglas@lawyermitchell.com, g18162@notify.cincompass.com  
         Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union  
          Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union  
          nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                   TOTAL: 9