Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MITCHELL LAW OFFICES
By: Douglas G. Mitchell, Esq.
NJ ID # 002192006
2040 Millburn Ave. Ste. 305
Maplewood, New Jersey 07040
Tel. 973.761.3000 Fax. 973.761.3655
E-mail: info@lawyermitchell.com
Attorney(s) for Debtor

In Re:

Michelle Starks

Case No.: 17-25804

Chapter: 13

Judge: Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Douglas G. Mitchell, Esq._____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____900.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____NA_____ per month for _____NA_____ months to allow for payment of the above fee.

*rev.8/1/15*