**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

### CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION COVER SHEET

Debtor: _____          Applicant: _____

Case No.: _____        Chapter:              13

Petition Date: _____

I certify that I am the attorney for the debtor(s) and submit this Application for Compensation and Reimbursement of Expenses ("Application") in accordance with D.N.J. LBR 2016-1 and 2016-5.

I further certify:

1. A pre-petition written retainer agreement ("Agreement") has been executed with the debtor(s) and this Application is consistent with that Agreement and D.N.J. LBR 2016;

2. I have complied with 11 U.S.C. §§ 527 and 528;

3. The fees sought in this Application:

    ☐ will not reduce the amount to be paid to general unsecured creditors under the plan;

    ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows: _____
    _____;

4. I have advised the debtor(s) that the fees sought in this Application:

    ☐ will not increase the amount and/or duration of plan payments;

    ☐ will increase the amount and/or duration of plan payments as follows:
    _____
    _____;

5. I have advised the debtor(s) that the fees sought in this Application:

    ☐ will be paid through the plan;

    ☐ will be paid outside of the plan;

6. I have served a copy of this Fee Application Cover Sheet and Application on the debtor(s).

I certify under penalty of perjury that the above is true.

Date: _____    _____
                                                                            Signature

**NOTE:**    **DO NOT COMPLETE SECTIONS I-III BELOW IF THE AMOUNT OF THIS APPLICATION, INCLUSIVE OF EXPENSES, IS UNDER $1,000.**

# SECTION I
# FEE SUMMARY

☐ Interim Fee Application No. _____ or  ☐ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Received | $ _____ | $ _____ |
| Total Fees Allowed to Date: | $ _____ | $ _____ |
| Total Retainer (If Applicable): | $ _____ | $ _____ |
| Total Received by Applicant: | $ _____ | $ _____ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. |  |  |  |  |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |
| 5. |  |  |  |  |
| 6. |  |  |  |  |
| 7. |  |  |  |  |

Fee Totals: _____

Expense Totals: _____

Total Fee Application _____

2

**SECTION II**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Preparation of Petition**<br>Meeting with client(s), drafting and signing of petition. | | |
| b) **Attendance at Meeting of Creditors**<br>Preparation for, and attendance at meeting of creditors. | | |
| c) **Review of Claims; Prosecution of Objections to Claims**<br>Review and analysis of filed claims. Negotiate with creditors and coordinate with debtor. Preparation of pleadings and responses. Attend Hearing. | | |
| d) **Case Administration**<br>Coordination of administrative tasks with debtor. Communication with trustee and creditors. Filing and service of amendments to schedules, change of address, Certification in Support of Discharge, Financial Management Certification. Preparation and filing of retention and fee applications. | | |
| e) **Plan and Modification of Plan**<br>Formulation and drafting of plan or modified plan. Coordination with client and creditors. Review of objections to confirmation. Attend confirmation hearing(s). | | |
| f) **Prosecution of Motion(s)**<br>Draft motion(s), reply to opposition filed and attend hearing. | | |
| g) **Defense of Motion(s)/Certification(s) of Default**<br>Review and analysis of pleadings. Coordinate response with client. Draft opposition documents. Attend hearing. | | |
| h) **2004 Examination**<br>Preparation for, and attendance at 2004 examination(s). | | |
| i) **Prosecution/Defense of Adversary Proceeding**<br>Review and analyze issues. Preparation for and attendance at depositions. Preparation of related pleadings and responses. Court appearances. | | |
| j) **Realtor Services**<br>Buyer and seller side real estate services 50% split. 1/2 to seller agent | | |
| k) **Travel Time** | | |
| **TOTALS:** | | |

**SECTION III**
**SUMMARY OF EXPENSES**

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Computer Assisted Legal Research**<br>Westlaw/Lexis and a description of manner calculated. | |
| b) | **Pacer Fees**<br>Payable to the Pacer Service Center. | |
| c) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| d) | **In-House Reproduction Services**<br>Exclusive of overhead charges. Include per page fee charged. | |
| e) | **Outside Reproduction Services**<br>Including scanning services. | |
| f) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| g) | **Court Reporting**<br>Transcripts. | |
| h) | **Travel**<br>Mileage, tolls, parking. | |
| i) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| j) | **Postage** | |
| k) | **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | | |

I certify under penalty of perjury that the above is true.

Date: _____            _____
                                                                                Signature

*rev.8/1/19*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**CERTIFICATION OF REALTOR SUPPORTING
SUPPLEMENTAL CHAPTER 13 FEE**

**Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.**

_____, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

Realtor services in the sale of her home at 285 Shepherd Avenue, East Orange NJ

**STANDARD FEES**

☐ Prosecution of motion on behalf of debtor.                                           $500.00

       Nature of motion:       _____
                                  _____

       Hearing date(s):         _____
                                  _____

☐ Defense of motion on behalf of debtor (Including filing                              $400.00

       Objection to Creditor's or Trustee's Certification of Default).
       Nature of motion:       _____
                                  _____

       Hearing date(s):         _____
                                  _____

☐ Additional court appearance(s). (Not to exceed three).                               $100.00

       Purpose:                       _____
                                  _____

       Hearing date(s):         _____
                                  _____

☐ Filing and appearance on a modified Chapter 13 Plan.                                 $300.00

☐ Preparation of Wage Order                                                            $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H                      $100.00
   or List of Creditors

☐ Preparation and filing of other amended schedules                                    $100.00

☐ Preparation and filing of Application for Retention of Professional                  $400.00
   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

☐ Preparation and filing of Notice of Sale or Settlement of Controversy                $100.00

**NON-STANDARD FEES**

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:  _____

   To date, I have received:  _____

3. I seek compensation for services rendered in the amount of $ _____ payable:

   ☐ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☐ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:     $ _____ per month for _____ months.

   Proposed Plan:   $ _____ per month for _____ months.

3

5.  Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: _____     _____
                                                                Signature

*rev. 8/1/15*

4

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| In Re: |

Case No.:   _____

Chapter:            13

Judge:       _____

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed a fee of $ _____ for services rendered and expenses in the amount of $_____ for a total of $_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

\* 50% or 1/2 of fee shall be paid to Buyer's Real Estate Agent, Keller Williams Village Square Realty. Said funds to be held by seller's attorney in escrow and paid directly from Seller Attorney's escrow account to Buyer's realtor Keller Williams Village Square Realty per closing statement Option 1 to receive $5800.00 and Keller Williams to receive $5450.00 .

*rev.8/1/15*

2