Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25804−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Starks
   285 Shepherd Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1669

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 25, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 130 − 119
Order Granting Application For Compensation for Matthew Feinbloom, Esq., fees awarded: $1,500.00, expenses awarded: $0.00 (Related Doc # 119). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/25/2019. (car)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 25, 2019
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Michelle Starks
    Debtor

Case No. 17-25804-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 25, 2019
                     Form ID: orderntc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db          +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416
r           +Matthew Feinbloom, Esq.,    236A Newark Avenue,    Jersey City, NJ 07302-5608
r           +Option 1 Realty Group, LLC,    456 Washington Street,    Newark, NJ 07102-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
           Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
            NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
           Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union njecfmail@mwc-law.com
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Douglas G. Mitchell    on behalf of Debtor Michelle   Starks douglas@lawyermitchell.com, g18162@notify.cincompass.com
           Douglas G. Mitchell    on behalf of Realtor    Option 1 Realty Group, LLC
            douglas@lawyermitchell.com, g18162@notify.cincompass.com
           Douglas G. Mitchell    on behalf of Realtor    Matthew Feinbloom, Esq. douglas@lawyermitchell.com, g18162@notify.cincompass.com
           Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
            Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
            nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
            rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 11