Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                        Case No.:  17−25804−RG
                                                        Chapter:  13
                                                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Starks
   285 Shepherd Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−1669

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 25, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 131 − 122
Order Granting Application For Compensation for Option 1 Realty Group, LLC, fees awarded: $11,250.00, expenses awarded: $0.00 (Related Doc # 122). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/25/2019. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 25, 2019
JAN: car

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-25804-RG
Michelle Starks                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1           Date Rcvd: Nov 25, 2019
                            Form ID: orderntc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db             +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416
r              +Matthew Feinbloom, Esq.,    236A Newark Avenue,    Jersey City, NJ 07302-5608
r              +Option 1 Realty Group, LLC,    456 Washington Street,    Newark, NJ 07102-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
     Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
      NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union
      njecfmail@mwc-law.com
     Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Douglas G. Mitchell    on behalf of Debtor Michelle  Starks douglas@lawyermitchell.com, g18162@notify.cincompass.com
     Douglas G. Mitchell    on behalf of Realtor    Option 1 Realty Group, LLC
      douglas@lawyermitchell.com, g18162@notify.cincompass.com
     Douglas G. Mitchell    on behalf of Realtor    Matthew Feinbloom, Esq. douglas@lawyermitchell.com, g18162@notify.cincompass.com
     Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
      Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
     Marie-Ann  Greenberg    magecf@magtrustee.com
     Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
      nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
     Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
      rsolarz@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 11