UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MITCHELL LAW OFFICES
By: Douglas G. Mitchell, Esq.
NJ ID # 002192006
2040 Millburn Ave. Ste. 305
Maplewood, New Jersey 07040
Tel. 973.761.3000 Fax. 973.761.3655
E-mail: info@lawyermitchell.com
Attorney(s) for Debtor

In Re:

Michelle Starks

**FILED**
JEANNE A. NAUGHTON, CLERK

NOV 25 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.:    17-25804

Chapter:    13

Judge:    Gambardella

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

11-25-19

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Matthew Feinbloom, Esq._____, the applicant, is allowed a fee of $ ___1500.00___ for services rendered and expenses in the amount of $ ___0___ for a total of $ ___1500.00___. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ___NA___ per month for ___NA___ months to allow for payment of the above fee.

*The notice and hearing is appropriate under the circumstances.*

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:
Michelle Starks
    Debtor

Case No. 17-25804-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 25, 2019
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db           +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
       Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
        NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
       Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union
        njecfmail@mwc-law.com
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Douglas G. Mitchell    on behalf of Debtor Michelle Starks douglas@lawyermitchell.com,
        g18162@notify.cincompass.com
       Douglas G. Mitchell    on behalf of Realtor    Option 1 Realty Group, LLC
        douglas@lawyermitchell.com, g18162@notify.cincompass.com
       Douglas G. Mitchell    on behalf of Realtor    Matthew Feinbloom, Esq. douglas@lawyermitchell.com,
        g18162@notify.cincompass.com
       Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
        Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
        nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
        rsolarz@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 11