**FILED**
JEANNE A. NAUGHTON, CLERK
NOV 25 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MITCHELL LAW OFFICES
By: Douglas G. Mitchell, Esq.
NJ ID # 002192006
2040 Millburn Ave. Ste. 305
Maplewood, New Jersey 07040
Tel. 973.761.3000 Fax. 973.761.3655
E-mail: info@lawyermitchell.com
Attorney(s) for Debtor

In Re:

Michelle Starks

Case No.:    17-25804
Chapter:     13
Judge:       Gambardella

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

11-25-19    /s/ Gambardella
            USBJ

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Option 1 Realty Group, LLC_____, the applicant, is allowed a fee of $ ___11,250.00*___ for services rendered and expenses in the amount of $____0____ for a total of $____11,250____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $___NA___ per month for ___NA___ months to allow for payment of the above fee.

* 50% or 1/2 of fee shall be paid to Buyer's Real Estate Agent, Keller Williams Village Square Realty. Said funds to be held by seller's attorney in escrow and paid directly from Seller Attorney's escrow account to Buyer's realtor Keller Williams Village Square Realty per closing statement Option 1 to receive $5800.00 and Keller Williams to receive $5450.00 .

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle Starks  
    Debtor

Case No. 17-25804-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 25, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.  
db          +Michelle Starks,    285 Shepherd Avenue,    East Orange, NJ 07018-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

         Alexandra T. Garcia     on behalf of Creditor     Liberty Savings Federal Credit Union  
          NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Celine P. Derkrikorian     on behalf of Creditor     Liberty Savings Federal Credit Union  
          njecfmail@mwc-law.com  
         Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas G. Mitchell     on behalf of Debtor Michelle   Starks douglas@lawyermitchell.com, g18162@notify.cincompass.com  
         Douglas G. Mitchell     on behalf of Realtor     Option 1 Realty Group, LLC  
          douglas@lawyermitchell.com, g18162@notify.cincompass.com  
         Douglas G. Mitchell     on behalf of Realtor     Matthew Feinbloom, Esq. douglas@lawyermitchell.com, g18162@notify.cincompass.com  
         Francis T. Tarlecki     on behalf of Creditor     Liberty Savings Federal Credit Union  
          Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Melissa S DiCerbo     on behalf of Creditor     Liberty Savings Federal Credit Union  
          nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Rebecca Ann Solarz     on behalf of Creditor     Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 11