UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MITCHELL LAW OFFICES
By: Douglas G. Mitchell, Esq.
NJ ID # 002192006
2040 Millburn Ave. Ste. 305
Maplewood, New Jersey 07040
Tel. 973.761.3000 Fax. 973.761.3655
E-mail: info@lawyermitchell.com
Attorney(s) for Debtor

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michelle Starks

Case No.:     17-25804

Chapter:         13

Judge:        Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Douglas G. Mitchell, Esq._____, the applicant, is allowed a fee of $ _____1000_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1000_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____NA_____ per month for _____NA_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Michelle Starks
     Debtor

Case No. 17-25804-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 18, 2019
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.
db           +Michelle Starks,   285 Shepherd Avenue,   East Orange, NJ 07018-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Liberty Savings Federal Credit Union
       NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Celine P. Derkrikorian    on behalf of Creditor    Liberty Savings Federal Credit Union
       njecfmail@mwc-law.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Douglas G. Mitchell    on behalf of Debtor Michelle  Starks douglas@lawyermitchell.com, g18162@notify.cincompass.com
      Douglas G. Mitchell    on behalf of Realtor    Option 1 Realty Group, LLC
       douglas@lawyermitchell.com, g18162@notify.cincompass.com
      Douglas G. Mitchell    on behalf of Realtor    Matthew Feinbloom, Esq. douglas@lawyermitchell.com, g18162@notify.cincompass.com
      Francis T. Tarlecki    on behalf of Creditor    Liberty Savings Federal Credit Union
       Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa S DiCerbo    on behalf of Creditor    Liberty Savings Federal Credit Union
       nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                  TOTAL: 11